**MICHAEL N. FEUER,** City Attorney
**KATHLEEN A. KENEALY**, Chief Assistant City Attorney (212289)
**SCOTT MARCUS**, Senior Assistant City Attorney (SBN 184980)
**CORY M. BRENTE,** Senior Assistant City Attorney (SBN 115453)
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872)
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Tel: (213) 978-7023;  Fax: (213) 978-8785
Email: christian.bojorquez@lacity.org

Attorneys for Defendants CITY OF LOS ANGELES and JASON CURTIS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. MELINA ABDULLAH,<br><br>                Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; CHARLES LLOYD BECK; JASON CURTIS; and DOES 1 through 20, Inclusive,<br><br>                Defendants. | **Case No. CV20-01329 SVW (MAAx)**<br>*Hon Judge: Stephen V. Wilson;  Crtm 10A*<br>*Hon Magistrate Judge: Maria A. Audero*<br><br>**DEFENDANTS CITY OF LOS ANGELES AND JASON CURTIS' EXHIBIT LIST** |

   Defendants CITY OF LOS ANGELES and JASON CURTIS, hereby submit the following witness list:

1.   Video of Various Incidents Dated: 5-8-18; 8-15-17; and 7-25-17;

2.   Scene Photographs

///

///

///

1

1  3.     Photos of Plaintiff
2  4.     Lab Reports.
3
4  DATED: September 28, 2020    MICHAEL N. FEUER, City Attorney
                                KATHLEEN A. KENEALY, Chief Assist. City Attorney
5                               SCOTT MARCUS, Senior Assistant City Attorney
                                CORY M. BRENTE, Senior Assistant City Attorney
6
7                               By:   /s/ *Christian R. Bojorquez*
8                               CHRISTIAN R. BOJORQUEZ, Deputy City Attorney
                                Attorneys for Defendants CITY OF LOS ANGELES and
9                               JASON CURTIS

2