**MICHAEL N. FEUER,** City Attorney
**KATHLEEN A. KENEALY**, Chief Assistant City Attorney (212289)
**SCOTT MARCUS**, Senior Assistant City Attorney (SBN 184980)
**CORY M. BRENTE,** Senior Assistant City Attorney (SBN 115453)
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872)
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California  90012
Tel:  (213) 978-7023;   Fax:  (213) 978-8785
Email: christian.bojorquez@lacity.org

Attorneys for Defendants CITY OF LOS ANGELES and JASON CURTIS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. MELINA ABDULLAH,<br><br>                    Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; CHARLES LLOYD BECK; JASON CURTIS; and DOES 1 through 20, Inclusive,<br><br>                    Defendants. | **Case No. CV20-01329 SVW (MAAx)**<br>*Hon Judge: Stephen V. Wilson;  Crtm 10A*<br>*Hon Magistrate Judge: Maria A. Audero*<br><br>**DEFENDANTS CITY OF LOS ANGELES AND JASON CURTIS' WITNESS LIST** |

    Defendants CITY OF LOS ANGELES and JASON CURTIS, hereby submit the following witness list:

1.    Jason Curtis, Defendant
2.    Brian Harden, Serial No. 34975
3.    Ramon Ortega, Serial No. 36450
4.    Miguel Barragan, Serial No. 37890
5.    Eduardo Madaran, Serial No. 38757
6.    Corey Harmon, Serial No. 36856

1

7. Maria Reyes, Serial No. 35912

8. Enrique Hernandez, Serial No. 34779

9. Ernesto Vicencio, Serial No. 35039

10. James Marasigan, Serial No. 40373

11. Former Chief Beck.

12. Various Members of the Board of Police Commissioners;

13. Foundational Witnesses for All Video-Audio Evidence;

14. Prosecuting Witnesses from Incidents dated: 5-8-18; 8-15-17; and 7-25-17.

DATED: September 28, 2020       MICHAEL N. FEUER, City Attorney
                                KATHLEEN A. KENEALY, Chief Assist City Attorney
                                SCOTT MARCUS, Senior Assistant City Attorney
                                CORY M. BRENTE, Senior Assistant City Attorney

                                By:    /s/ *Christian R. Bojorquez*
                                CHRISTIAN R. BOJORQUEZ, Deputy City Attorney
                                Attorneys for Defendants CITY OF LOS ANGELES and JASON CURTIS