UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-01329-SVW-MAA | Date | 6/7/2021 |
|---|---|---|---|

| Title | *Dr. Mellina Abdullah v. City of Los Angeles et al.* |
|---|---|

Present: The Honorable   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**   Order Requesting Enhanced Video Footage

     In the Court's experience, enhanced video files can be helpful to the Court in resolving summary judgment motions.   The government is therefore ORDERED to provide the Court with an enhanced version of Exhibits 4A and 4B no later than 10 days from the issuance of this order.

    :

Initials of Preparer

PMC