CARL E. DOUGLAS, Esq. (SBN: 097011)
Carl@DouglasHicksLaw.Com
JAMON HICKS, Esq. (SBN: 232747)
Jamon@DouglasHicksLaw.Com
**DOUGLAS / HICKS LAW, APC**
5120 W. Goldleaf Circle, Suite 140
Los Angeles, California 90056
Tel: (323) 655-6505; Fax: (323) 927-1941

Attorneys for Plaintiff,
DR. MELINA ABDULLAH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DR. MELINA ABDULLAH**,<br><br>*Plaintiff*,<br><br>vs.<br><br>**CITY OF LOS ANGELES; CHARLES LLOYD BECK; JASON CURTIS**; and **DOES 1 through 20**, Inclusive,<br><br>*Defendants.* | CASE NO.: 20-cv-01329 SVW (MAAx)<br>[*Hon. Stephen V. Wilson; Hon. Magistrate Judge Maria A. Audero*]<br><br>**PLAINTIFF'S REQUEST TO APPEAR VIA ZOOM AND/OR TELEPHONICALLY AT HEARING ON MOTIONS IN LIMINE**<br><br>Date: January 3, 2022<br>Time: 3:00 p.m.<br>Crtm: 10A |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Plaintiff's counsel, Carl E. Douglas of Douglas / Hicks Law, APC, hereby requests the Court's permission to appear telephonically and/or via Zoom at the hearing on the Motions in Limine rescheduled to January 3, 2022 at 3:00 p.m.

1

1  WHEREAS, on or about November 29, 2021, the Court scheduled a hearing
2  on Motions in Limine in the above-referenced matter to be heard on January 11,
3  2022 at 9:00 a.m.;
4  WHEREAS, on December 29, 2021, via email from the court clerk
5  (Document 74), Plaintiff's counsel was informed that the hearing date on the
6  Motions in Limine had been advanced and rescheduled to January 3, 2022 at 3:00
7  p.m.; and
8  WHEREAS, counsel for Plaintiff respectfully requests the Court's
9  permission to appear via telephone and/or Zoom due to the ongoing COVID-19
10 Pandemic.

Dated: December 29, 2021           Respectfully submitted,

**DOUGLAS / HICKS LAW, APC**

By:   /s/ Carl E. Douglas
       CARL E. DOUGLAS
       JAMON R. HICKS
       Attorneys for Plaintiff,
       Dr. Melina Abdullah