JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Melina Abdullah,<br><br>PLAINTIFF(S)<br>v.<br>City of Los Angeles et al,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:20-cv-01329-SVW-MAA<br><br>**JUDGMENT ON THE VERDICT<br>FOR DEFENDANT(S)** |

This action having been tried before the Court sitting with a jury, the Honorable  STEPHEN V. WILSON  , District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Dr. Melina Abdullah

take nothing; that the action be dismissed on the merits; and that the defendant(s):

City of Los Angeles

Jason Curtis

recover of the plaintiff(s) its costs of action, taxed in the sum of  to be determined .

Clerk, U. S. District Court

Dated: April 2, 2022

By _PM Cruz_
P.M. Cruz, Deputy Clerk

At: Los Angeles, CA

cc:     Counsel of record

CV-44 (11/96)                    JUDGMENT ON THE VERDICT FOR DEFENDANT(S)