| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUL 13 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

MELINA ABDULLAH,

    Plaintiff-Appellant,

v.

CITY OF LOS ANGELES; et al.,

    Defendants-Appellees.

No. 22-55429

D.C. No. 2:20-cv-01329-SVW-MAA
Central District of California,
Los Angeles

ORDER

Pursuant to the stipulation of the parties (Docket Entry No. 10), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Roxane G. Ashe
Circuit Mediator